AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JACQUELINE BRITT

**SUMMONS IN A CIVIL ACTION**

V.

MERRILL LYNCH & CO., INC.
and RICHARD JOYCE

CASE NUMBER:

08 CIV 5356

TO: (Name and address of Defendant)

Merrill Lynch
4 World Financial Center,
250 Vesey Street,
New York, New York 10080.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         JUN 1 1 2008

CLERK                                       DATE

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6/13/2008 |
| NAME OF SERVER (PRINT)  Julio Lucena | TITLE  Managing Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  Jenny Lee (Paralegal)
  Merrill Lynch & Co., Inc., 222 Broadway, New York, N.Y. 10038

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/16/2008
              Date                   Signature of Server

112 Madison Avenue, New Yor, N.Y. 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.