INDEX #: 08 CV 5356
Date Filed: June 11, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                                    DISTRICT:

Attorneys: HANLY CONROY BIERSTEIN SHERIDAN    PH: 212-784-6410
Address: 112 MADISON AVENUE, 7TH FLR   NEW YORK   NY  10016   File No.:

*JACQUELINE BRITT*

vs                                                                Plaintiff(s)/Petitioner(s)

*MERRILL LYNCH & CO, INC., ET ANO*

                                                                  Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____Robert Crandall_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___June 21, 2008___ at ___11:34AM___, at ___22 PILGRIM ROAD, RYE, NY 10580___, deponent served the within Summons and Complaint, Individual Practices of Judge George B. Daniels and Judge Ronald L. Ellis, Electronic Case Filing RULES and Instructions

on: **RICHARD JOYCE**, **Defendant** therein named.

#1 INDIVIDUAL  ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2  ☐  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON  [X]  By delivering a true copy of each to ___MARYANNE SMITH___ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  ☐  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY  [X]  On ___June 24, 2008___, deponent completed service by depositing a true copy of each document to the Defendant at 22 PILGRIM ROAD, RYE, NY 10580 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York☐ and Certified Mail # _____

#6 DESCRIPTION  [X]  (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Female_   Color of skin: _White_   Color of hair: _Brown_   Age: _40 - 50 Yrs._   Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs._   Other Features: _____

#7 WIT. FEES  ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC  ☐  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER  ☐

Sworn to before me on ___June 24, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct/15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08016517

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM

INDEX #: 08 CV 5356
Date Filed: June 11, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                        DISTRICT:

Attorneys: HANLY CONROY BIERSTEIN SHERIDAN    PH: 212-784-6410
Address:   112 MADISON AVENUE, 7TH FLR  NEW YORK  NY  10016    File No.:

*JACQUELINE BRITT*

vs                                                    Plaintiff(s)/Petitioner(s)

*MERRILL LYNCH & CO, INC., ET ANO*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:        **AFFIDAVIT OF SERVICE**

__Robert Crandall__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 21, 2008__ at __11:34AM__, at __22 PILGRIM ROAD, RYE, NY 10580__, deponent served the within Summons and Complaint, Individual Practices of Judge George B. Daniels and Judge Ronald L. Ellis, Electronic Case Filing RULES and Instructions

on: **RICHARD JOYCE**, **Defendant** therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to __MARYANNE SMITH__ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of _____ at _____
on the ____ day of _____ at _____
on the ____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY [X]  On __June 24, 2008__, deponent completed service by depositing a true copy of each document to the Defendant at 22 PILGRIM ROAD, RYE, NY 10580 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Age: __40 - 50 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on __June 24, 2008__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08016517

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*