```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JACQUELINE BRITT,

            Plaintiff,   :   08 Civ. 5356 (GBD)

        - against -

MERRILL LYNCH & CO., INC. and   :   **STIPULATION AND ORDER**
RICHARD JOYCE,

           Defendants.
----------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED that defendants' time to answer, move, or otherwise respond with respect to the complaint in the above-captioned action is hereby extended to July 31, 2008.

Dated: New York, New York
       June 25, 2008

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| /s/ Paul J. Hanly, Jr. | /s/ Kevin B. Leblang |
| Paul J. Hanly, Jr. | Kevin B. Leblang |
| 112 Madison Avenue, 7th Floor | 1177 Avenue of the Americas |
| New York, NY 10016 | New York, NY 10036 |
| (212) 784-6400 | (212) 715-9100 |
| phanly@hanlyconroy.com | kleblang@kramerlevin.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Jacqueline Britt | Merrill Lynch & Co., Inc. and Richard Joyce |

SO ORDERED:   JUN 3 0 2008

/s/ George B. Daniels
**HON. GEORGE B. DANIELS**

KL3 2664642.1