USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

JACQUELINE BRITT,

                Plaintiff,

       - against -

MERRILL LYNCH & CO., INC. and
RICHARD JOYCE,

                Defendants.

---------------------------------------- x

08 Civ. 5356 (GBD)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED that defendants' time to answer, move, or otherwise respond with respect to the complaint in the above-captioned action is hereby extended to August 14, 2008.

Dated: New York, New York
       July 29, 2008

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| *[signature]* | *[signature]* |
| Paul J. Hanly, Jr. | Kevin B. Leblang |
| 112 Madison Avenue, 7th Floor | 1177 Avenue of the Americas |
| New York, NY 10016 | New York, NY 10036 |
| (212) 784-6400 | (212) 715-9100 |
| phanly@hanlyconroy.com | kleblang@kramerlevin.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |
| Jacqueline Britt | Merrill Lynch & Co., Inc. and Richard Joyce |

SO ORDERED: JUL 3 1 2008

*[signature]*
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**

KL3 2664642.1