UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JACQUELINE BRITT,

           Plaintiff,

      against                            08 Civ. 5356 (GBD)

MERRILL LYNCH & CO., INC. and         STIPULATION AND ORDER
RICHARD JOYCE,

           Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that defendants' time to answer, move or otherwise respond to the complaint in this action is extended from August 14, 2008 up to and including August 15, 2008.

Dated: New York, New York
       August 8, 2008

HANLY CONROY BIERSTEIN             FRANKFURT KURNIT KLEIN & SELZ, P.C.
SHERIDAN FISHER & HAYES LLP

By: /s/ Paul J. Hanly, Jr.                 By: _____
Paul J. Hanly, Jr.                               Ronald C. Minkoff
112 Madison Avenue, 7th Floor          Amelia K. Seewann
New York, New York 10016              488 Madison Avenue, 10th Floor
Tel. (212) 784-6400                         New York, New York 10022
phanly@hanlyconroy.com               Tel. (212) 980-0120
                                                      rminkoff@fkks.com
Attorneys for Plaintiff                   aseewann@fkks.com
Jacqueline Britt

                                                      Attorneys for Defendant Richard Joyce

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By /s/
Kevin B. Leblang
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
kleblang@kramerlevin.com

*Attorneys for Defendant
Merrill Lynch & Co., Inc.*

IT IS SO ORDERED:   [AUG 1 2 2008]

/s/ George B. Daniels
HON. GEORGE B. DANIELS
United States District Judge