UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JACQUELINE BRITT,                                              :
                                                               :  **Electronic Filing**
                           Plaintiff,                          :
                                                               :  08 Civ. 5356 (GBD)(RLE)
          - against -                                          :
                                                               :  **NOTICE OF APPEARANCE**
MERRILL LYNCH & CO., INC. and RICHARD                          :
JOYCE,                                                         :
                                                               :
                           Defendants.                         :
                                                               :
-------------------------------------------------------------- x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in the above-entitled action for defendant Merrill Lynch & Co., Inc. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         August 18, 2008

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By:   /s/ Kevin B. Leblang
                                              Kevin B. Leblang
                                              kleblang@kramerlevin.com
                                        1177 Avenue of the Americas
                                        New York, New York  10036
                                        (212) 715-9100

                                        *Attorneys for Defendant*
                                        Merrill Lynch & Co., Inc.

KL3 2668272.1