UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
JACQUELINE BRITT,

               Plaintiff,

   - against -

MERRILL LYNCH & CO., INC. and RICHARD JOYCE,

               Defendants.
--------------------------------------------------------------- x

**Electronic Filing**

08 Civ. 5356 (GBD)(RLE)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in the above-entitled action for defendants Merrill Lynch & Co., Inc. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
           August 18, 2008

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                   By:   /s/ Izabel P. McDonald
                                           Izabel P. McDonald
                                           imcdonald@kramerlevin.com
                                1177 Avenue of the Americas
                                New York, New York 10036
                                (212) 715-9100

                                *Attorneys for Defendant*
                                Merrill Lynch & Co., Inc.

KL3 2668297.1