UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JACQUELINE BRITT,

                Plaintiff,

- against -

MERRILL LYNCH & CO., INC. and RICHARD JOYCE,

                Defendants.
------------------------------------------------------------- x

**Electronic Filing**

08 Civ. 5356 (GBD)(RLE)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Merrill Lynch & Co., Inc. certifies that (a) Merrill Lynch & Co., Inc. is a publicly held corporation whose shares are traded on the New York Stock Exchange and has no parent company; and (b) no publicly held corporation owns 10 percent or more of the common stock of Merrill Lynch & Co., Inc.

Dated:  New York, New York
         August 18, 2008

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      By:    /s/ Kevin B. Leblang
                                             Kevin B. Leblang
                                             kleblang@kramerlevin.com
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      (212) 715-9100

                                      *Attorneys for Defendant*
                                      Merrill Lynch & Co., Inc.

To:    Paul J. Hanly, Jr., Esq.
        Andrea Bierstein, Esq.
        Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
        112 Madison Avenue, 7th Floor
        New York, New York 10016
        (212) 784-6400
        phanly@hanlyconroy.com
        abierstein@hanlyconroy.com

        *Attorneys for Plaintiff*
        Jacqueline Britt

To:    Ronald C. Minkoff, Esq.
Amelia K. Seewann, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
(212) 980-01020
rminkoff@fkks.com
aseewann@fkks.com

***Attorneys for Defendant*
Richard Joyce**