# EXHIBIT H

# Merrill Lynch Performance Management

## Performance Year: 2007

| Employee Details | | Supervisor Details | |
|---|---|---|---|
| Name: | Jacqueline Britt | Name: | Michael Breheney |
| Title: | Director | Title: | Director |
| Group: | GLB MKT&INV BK | Group: | GLB MKT&INV BK |

**2007 Performance Rating: High Performer**

## Performance Management Status

| Objective Status | Mid-Year Status | Year-End Status | Employee Signature: | Supervisor Signature: |
|---|---|---|---|---|
| Approved | Approved | Approved | No | No |

## Performance Management Details

### Strategic Thinking     Cross Eval 2006: 10 Decile / 2007: 10 Decile     Weight: 25%

Increase accounts assign to cover.
Work with my partners on lowering loss ratio with Wellington.
Improve my relations with Postion Traders
Increasae Market Share with my current Accounts.
Continue to embrace and sell Merrill Lynch's algo products.

### Mid-Year Comments - Strategic Thinking

**Employee Comments:** To identify customers various needs and goals to translate into increased firm business.
Will continue to introduce position traders in more face to face meetings with my accounts to effectively streamline trade executions.

No Supervisor Comments.

### Year-End Comments - Strategic Thinking

**Employee Comments:** To continue to maintain a client-driven environment where the priority and focus is client satisfaction, increased firm business and client development.
To establish relationships that position me as the person clients turn to for advice and solutions
Continually looking for opportunities to increase firm business's

**Supervisor Comments:** Jackie demonstrated her strategic vision with her knowledge of her client base and understanding their needs. Her business knowledge is evident in her productivity with re: to difficult customers, exm JP Morgan. As a director, I need Jackie to con't to find ways to navigate difficult situations with her clients. I need her to be more inclusive with her colleagues with re: to her relationships.



### Business Results     Cross Eval 2006: 10 Decile / 2007: 10 Decile     Weight: 25%

Continue to take position traders and sector specialists to meet my accounts (1st half 07)
Work with Jarod Yuster and Anthony Victor on getting Cref(NY) active in algo's everyday. (Visit Early March)
Continue to work with Sylvia Rocco on her accounts.

**Target Timeframe: Q1/2007**

### Mid-Year Comments - Business Results

**Employee Comments:** To continue to promote the firm with senior accounts - specifically Wellingon and Cref.
To continue to increase firm business while lowering the loss ratio with Wellington.
To continue to introduce firm colleague's to mid-level and senior client management to establish new and expand upon my existing strong customer relationships.

No Supervisor Comments.

## Year-End Comments - Business Results

**Employee Comments:**   Business with JPMorgan has increased 60% since assigned the account August - Date.
YTD We have a #1 ranking with Cref
Loss ratio with wellington down from 60% - 33%.
Overall business with Wellington is good.

**Supervisor Comments:**   Overall, Jackie's business grew stronger into the year. The higlights include:
JP Morgan Bank biz since Aug running +60%/ daily vs prior coverage change (1/07-5/07)
Cref business ranked #1.
Wellington, although YoY#'s lower, ML outperformed the downside. Also key in making introductions to Wellington co-coverage personell....(Corcoran rank ytd 3 from 17, Breheney coverage)
Jackie's outperfomance is definately credited with her new acccount appointment of JP Morgan Asset.

| People Leadership | Cross Eval 2006- 10 Decile / 2007-10 Decile | Weight 25% |
|---|---|---|

Cotinue to make my self available in the recruiting process(On Villanova Team)
Continue to work and introduce young position traders to my accounts as well as Jackie Mackoul to Cref

## Mid-Year Comments - People Leadership

**Employee Comments:**   Continue to positively interact with my peers and interns.
To continue to effectively engage with my peers and introduce them to my customers to create further business opportunities.

No Supervisor Comments.

## Year-End Comments - People Leadership

**Employee Comments:**   I am always available to counsel, advise, answer questions, and address issues with prospective hires and summer interns.  I always exhibit a "team first" attitude and look to increase firm business by introducing my accounts to our senior management and position traders. My consistent and driven focus and rankings with my accounts means I turn aside certain, unfortunate distractions, to focus on customer needs, trade execution and excellent service.(As is evident in my "Business Results.")

**Supervisor Comments:**   Jackie's lowest score in her cross eval was in people leadership. This is an issue that needs immediate focus in 2008. Violation of vacation days sets the table for difficult integration with your peers. Jackie needs to excercise more discretion and concern for her teamates when making these vacation decisions. She needs to show better judgement when making decisions that can affect the team. Also, further integration is needed with her trading peers.  Jackie's use of capital continues to be an area of concern across all customers. Her 2007 trading survey total was the lowest across the division.

| Personal Effectiveness | Cross Eval 2006- 10 Decile / 2007-10 Decile | Weight 25% |
|---|---|---|

Going into 07' my goals are to reduce our loss ratio with wellington and continue to increase market share.   I am also going to improve my relationships with the position traders and sector specialists. I am budgeting Cref and Wellington up 10%.  I hope to be assigned new accounts and continue to work with Sylvia Rocco on her account package.
Actions Items:   1st half '07 Wellington
Inroduce Mike Breheney to Scott Lopez
Introduce Tammy Passano to Jay Saboliauskas
Introduce Bob Wright to Mike LaCamera
Introduce Dan Dodge to Barry Bolster
Continue  to work with my partners to increase market share with the Financial Sector. (Dinner March 22nd)
Action Items: 1st half '07 Cref
Continue to emphasize their use of our Algo's(San Fran on everyday)  (NY inconsistant)
Introduce Rob Mclaughlin to Charlie Sweeney and Tom Rozko (Dinner March 1st)
Introduce Chris Killeen to Bob Wright.
Introduce Michael Breheney to Matt Yamini

CONFIDENTIAL

ML 00140

## Mid-Year Comments - Personal Effectiveness

**Employee Comments:**  All actions items above have been met...

To continue to perform as a team player with customer service and the firm's interest of prime importance.

To continue to support colleagues when the situation calls for it and demonstrate a continued constructive outlook to achieve the firms goals.

No Supervisor Comments.

## Year-End Comments - Personal Effectiveness

**Employee Comments:**  Continue to be guided by, and focus on customer needs and exhibit enthusiasm and purpose in satisfying those needs.

Continue to conduct myself as a true team player. I will continue to maintain the highest level of integrity and effectiveness in meeting and exceeding management and client expectations.

**Supervisor Comments:**  Jackie's personal effectiveness with her client base speak for itself. However, Jackie needs to focus on her effectivenss internally. She needs to be more consistent with her teamates on client events and views. Furthermore, as a director she needs to be an example to others. Vacation policy violation hinders that for her in a great way. Even though she's taken more traders to meet her accounts, I need her to excercise more leadership amongst her peers given her long experience in the business. Jackie's performance on her cross-evals was in the 10th decile across all areas, showing no improvement from 2006.

## Overall Comments

### Overall Mid-Year Comments:

**Employee Comments:**  To continue to increase market share with my customers and to be proactive in seeking additional accounts

To continue the trend of lowering the loss ratio with Wellington while increasing firm business and opportunities with my account base.

To continue to foster the firm comes first and team player attitude in order to attain further increases in business.

**Supervisor Comments:**  Jackie progess on the desk is clearly an external process with her customers. Her postion with Wellington is strong and has been instrumental in managing the loss ratio and helping with making decisions with recent changes on the account. Futhermore, the impact with CREF has been noticed regardless of down YoY revs.

I need Jackie to continue to work on and to develop her postion internally. She needs to continue to make efforts in re: to account introductions, relationship development, and her everyday presence with re: to traders. Jackie needs to leverage her experience and personaility in managing difficult situations.

I look for Jackie to continue to leverage her customer strengths to raise her internal presence.

### Overall Year-End Comments:

**Employee Comments:**  I have done everything that has been asked of me - loss ratio with Wellington has gone from *60-30%, *reduce vacation days, and form a better relationship with the postion traders(Never realized had a bad one).

**Introductions-YTD**

Mike Breheney - Jackie Corcoran, Tom Hanlon, Scott Lopez, Mike Lacamera
Barry Bolster - JPMorgan and CREF
Joe Donavan - Cref and JPMorgan
Bob Wright - Wellington - Cref introduction Via phone
Doug Crofton - Wellington, Cref, and JPMorgan
Will Bertsch - Cref
Tom Rozko - Cref
Jim Farrell - Cref and Wellington
Brad Edgar - JPMorgan
Scott Nichol - JPMorgan
Rob Manning - Wellington
Sean Dillion - JPMorgan
Bill Hebel - Cref and JPMorgan VIA phone

**08 GOALS**

Try to maintain my #1 ranking with CREF

JPMorgan was assigned to me August 15th buisness has been up 60% since then, I will strive to gain market share with them and try to achieve a #1 ranking.

Columbus Circle - Introduce to our position traders

JPMorgan - introduce Rob Manning to Emil Skulsi
Wellington - Continued focus on Wilson and Lynch.
<u>SPECIALTY SALES GROUP</u>
<u>LIZ WERNER - LISA LYNCH</u>
ROGER GILL - BOB LANGWAY
MIKE STEVENSON - BOB LANGWAY
PUIYAN CHAN - MIKE MATUS
<u>SMALL CAP</u>
<u>INTRODUCE BARETTO, DEVINE AND BONNER TO JP MORGAN</u>
<u>PROGRAMS</u>
INTRODUCE ALI LYNN TO JPMORGAN

**Supervisor Comments:**   Overall Jackie has a productive year with her customers with the addition of managing a difficult situation well with JPAM.  Jackie sill needs to focus on many of her internal intiatives to build her business within ML.  I need Jackie to address her use of vacation days and steer clear of any overuse for 2008.  Also, her need to distinguish her abilities with the traders needs to be demonstrated to improve her 2.1 trader ranking.  Jackie has excellent customer relationships and a long career in this business.  The feedback from the customer base is excellent. From her cross evals one comment reads "great client relationships and excellent at backing up accounts." Jackie needs to leverage the positve experience with her customers and apply the same mentality to her internal challenges. Better use of this and a more diligent approach to her internal manadates and colleagues will prove better for her.

Optional Employee Comments 2007