# EXHIBIT I

# 2007 Cross Evaluation - Composite

## GMI

**Evaluation Results for:** Britt, Jacqueline **Title:** Director
**Supervisor:** Breheney, Michael **Division:** GLB EQUITIES **Director:** CASH **Center:** S-TRD US NY

| | Strategic Thinking | | | Business Results | | | People Leadership | | | Personal Effectiveness | | | Overall | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Decile | Abs | Rel | Decile | Abs | Rel | Decile | Abs | Rel | Decile | Abs | Rel | Decile | Abs | Rel |
| 2006 | 10 | 4.03 | -0.47 | 10 | 4.21 | -0.31 | 10 | 4.13 | -0.39 | 10 | 4.15 | -0.43 | 10 | 4.14 | -0.39 |
| 2007 | 10 | 4.11 | -0.54 | 10 | 4.22 | -0.40 | 10 | 3.97 | -0.64 | 10 | 4.10 | -0.57 | 10 | 4.10 | -0.53 |

| Dimension | All Evaluators | | | Junior | | | Peer | | | Senior | | | Inside GLB EQUITIES | | | Outside GLB EQUITIES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Abs Avg | Rel Avg | # Resp | Abs Avg | Rel Avg | # Resp | Abs Avg | Rel Avg | # Resp | Abs Avg | Rel Avg | # Resp | Abs Avg | Rel Avg | # Resp | Abs Avg | Rel Avg | # Resp |
| **Strategic Thinking** | 4.11 | -0.54 | 19,19 | 4.27 | -0.38 | 5,5 | 4.11 | -0.55 | 12,12 | | | | 4.10 | -0.56 | 17,17 | | | |
| Business Knowledge | 4.26 | | 19 | 4.40 | | 5 | 4.33 | | 12 | | | | 4.24 | | 17 | | | |
| Innovation & Creativity | 3.84 | | 19 | 3.80 | | 5 | 3.92 | | 12 | | | | 3.82 | | 17 | | | |
| Strategic Vision | 4.21 | | 19 | 4.60 | | 5 | 4.08 | | 12 | | | | 4.24 | | 17 | | | |
| **Business Results** | 4.22 | -0.40 | 20,20 | 4.28 | -0.38 | 5,5 | 4.16 | -0.46 | 13,13 | | | | 4.15 | -0.47 | 18,18 | | | |
| Analytical Ability | 4.17 | | 18 | 4.40 | | 5 | 4.09 | | 11 | | | | 4.13 | | 16 | | | |
| Business Development | 4.15 | | 20 | 4.20 | | 5 | 4.08 | | 13 | | | | 4.06 | | 18 | | | |
| Change Leadership | 3.79 | | 19 | 4.00 | | 5 | 3.75 | | 12 | | | | 3.71 | | 17 | | | |
| Client Relationships | 4.70 | | 20 | 4.60 | | 5 | 4.69 | | 13 | | | | 4.67 | | 18 | | | |
| Execution | 4.25 | | 20 | 4.20 | | 5 | 4.15 | | 13 | | | | 4.17 | | 18 | | | |
| **People Leadership** | 3.97 | -0.64 | 20,20 | 4.04 | -0.64 | 5,5 | 3.91 | -0.68 | 13,13 | | | | 3.89 | -0.72 | 18,18 | | | |
| Collaboration | 4.10 | | 20 | 4.20 | | 5 | 4.00 | | 13 | | | | 4.00 | | 18 | | | |
| Meritocracy | 4.06 | | 18 | 4.20 | | 5 | 3.91 | | 11 | | | | 3.94 | | 16 | | | |
| Talent Building | 3.72 | | 18 | 3.80 | | 5 | 3.67 | | 12 | | | | 3.65 | | 17 | | | |
| Team Leadership | 4.06 | | 17 | 4.20 | | 5 | 4.00 | | 11 | | | | 4.00 | | 16 | | | |
| Responsible Corporate Citizenship | 3.89 | | 18 | 3.80 | | 5 | 4.00 | | 11 | | | | 3.88 | | 16 | | | |
| **Personal Effectiveness** | 4.10 | -0.57 | 20,20 | 4.12 | -0.57 | 5,5 | 4.06 | -0.60 | 13,13 | | | | 4.05 | -0.63 | 18,18 | | | |
| Character | 4.21 | | 19 | 4.00 | | 5 | 4.17 | | 12 | | | | 4.12 | | 17 | | | |
| Communication | 4.15 | | 20 | 3.80 | | 5 | 4.23 | | 13 | | | | 4.11 | | 18 | | | |
| Courage | 4.21 | | 19 | 4.40 | | 5 | 4.08 | | 12 | | | | 4.18 | | 17 | | | |
| Decisiveness | 4.10 | | 20 | 4.20 | | 5 | 4.08 | | 13 | | | | 4.06 | | 18 | | | |
| Energy and Drive | 3.84 | | 19 | 4.20 | | 5 | 3.75 | | 12 | | | | 3.76 | | 17 | | | |
| **Overall** | 4.10 | -0.53 | 20,20 | 4.17 | -0.49 | 5,5 | 4.06 | -0.57 | 13,13 | | | | 4.04 | -0.60 | 18,18 | | | |

**# of Respondents:** The first number is the number of evaluators used to calculate Absolute Average. The second number is the number of evaluators used to calculate the Relative Average (must be 3 or more).

**Blank Scores:** Less than 3 evaluators provided a rating or a Relative Average could not be calculated because less than 3 evaluators did not rate at least 4 evaluatees. Note: Relative Average is only calculated on the dimension level.

Evaluatee Status as of: 9/15/06



CONFIDENTIAL

# 2007 Cross Evaluation - Comments

GMI

**Evaluation Results for:** Britt, Jacqueline **Title:** Director

**Supervisor:** Breheney, Michael **Division:** GLB EQUITIES **Director:** CASH **Center:** S-TRD US NY

## Strengths:

- Jackie has improved her presense at ML in '07. She has a very impressive list of clients that rely on her market expertise on a daily basis. She's also slowly developed a much better working relationship internally with many of her colleagues.
- the most underappreciated, mismanaged assets on the desk. has great client relationships. is one of our best salestraders.
- GREAT client relationships excellant at backing-up accounts.

Evaluatee Status as of: 9/15/06

# 2007 Cross Evaluation - Summary
## GMI

Evaluation Results for: Britt, Jacqueline
Supervisor: Breheney, Michael
Title: Director
Division: GLB EQUITIES
Director: CASH
Center: S-TRD US NY



| | 2007 | 2006 | +/- |
|---|---|---|---|
| Decile | | | |
| - Within GLB EQUITIES for Director | 10th | 10th | 0 |
| - Within GLB EQUITIES | 10th | 10th | 0 |
| Relative Average | -0.53 | -0.39 | -0.14 |
| - Inside GLB EQUITIES | -0.60 | -0.40 | -0.20 |
| - Outside GLB EQUITIES | | -0.31 | |
| Absolute Average | 4.10 | 4.14 | -0.04 |
| # of Responses | 20 | 26 | -6 |





### Highest/Lowest Absolute Scores by Question

**Top Three**

4.70 Business Results - Client Relationships
4.26 Strategic Thinking - Business Knowledge
4.25 Business Results - Execution

**Bottom Three**

3.84 Strategic Thinking - Innovation & Creativity
3.79 Business Results - Change Leadership
3.72 People Leadership - Talent Building

Evaluatee Status as of: 9/15/06

# 2007 Cross Evaluation - Business Summary Report
## GMI

**Evaluation Results for:** Britt, Jacqueline
**Title:** Director **Supervisor:** Breheney, Michael **Division:** GLB EQUITIES **Director:** CASH **Center:** S-TRD US NY

**GMI Overall**

| | Relative Average | Scores | |
|---|---|---|---|
| | Decile | Relative | Absolute |
| Strategic Thinking | 10th | -0.54 | 4.11 |
| Business Results | 10th | -0.40 | 4.22 |
| People Leadership | 10th | -0.64 | 3.97 |
| Personal Effectiveness | 10th | -0.57 | 4.10 |
| Overall | 10th | -0.53 | 4.10 |

**GMI by Division GLB EQUITIES**

| | Relative Average | Scores | |
|---|---|---|---|
| | Decile | Relative | Absolute |
| Strategic Thinking | 10th | -0.54 | 4.11 |
| Business Results | 10th | -0.40 | 4.22 |
| People Leadership | 10th | -0.64 | 3.97 |
| Personal Effectiveness | 10th | -0.57 | 4.10 |
| Overall | 10th | -0.53 | 4.10 |

**GMI Division by Region GLB EQUITIES / Americas**

| | Relative Average | Scores | |
|---|---|---|---|
| | Decile | Relative | Absolute |
| Strategic Thinking | 10th | -0.54 | 4.11 |
| Business Results | 10th | -0.40 | 4.22 |
| People Leadership | 10th | -0.64 | 3.97 |
| Personal Effectiveness | 10th | -0.57 | 4.10 |
| Overall | 10th | -0.53 | 4.10 |

**GMI by Division and Title GLB EQUITIES / Director**

| | Relative Average | Scores | |
|---|---|---|---|
| | Decile | Relative | Absolute |
| Strategic Thinking | 10th | -0.54 | 4.11 |
| Business Results | 10th | -0.40 | 4.22 |
| People Leadership | 10th | -0.64 | 3.97 |
| Personal Effectiveness | 10th | -0.57 | 4.10 |
| Overall | 10th | -0.53 | 4.10 |

Evaluatee Status as of: 9/15/06

# 2007 Cross Evaluation - Evaluator List
GMI

**Evaluation Results for:** Britt, Jacqueline  **Title:** Director
**Supervisor:** Breheney, Michael  **Division:** GLB EQUITIES  **Director:** CASH  **Center:** S-TRD US NY

22 selected out of a maximum of 35

| Name | Title | EVP | Division | Director | Region/Country |
|---|---|---|---|---|---|
| Carlstrom, Tina | Managing Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Hoffman, Peter | Managing Director | GLB MKT&INV BK | INSTL SALES | INV CLIENT CVG | U.S. |
| Rocco, Sylvia | Managing Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Yuster, Jarrod | Managing Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Campbell, Jeff | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Crofton, Doug | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Darcy, Andrew | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Farrell, Jim | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Glynn, David | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Hebel, William | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Hunter, Elizabeth | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Norce, Frank | Director | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Bhupathi, Priya | Vice President | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Bolster, Barry | Vice President | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Bonner, Bradford | Vice President | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Donovan, Joseph | Vice President | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Gill, Roger | Vice President | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Anderson, Thomas | Associate | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Makhoul, Jacqueline | Associate | GLB MKT&INV BK | INSTL SALES | GLB REL MGT | U.S. |
| Nicol, Scott | Associate | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Fawley, Alyson | Analyst | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |
| Hawkins, Phillip | Analyst | GLB MKT&INV BK | GLB EQUITIES | CASH | U.S. |



CONFIDENTIAL