# EXHIBIT J



# Sales Traders 2007 Mid-Year Ranking

June 26, 2007



**Merrill Lynch**
Global Markets & Investment Banking Group

## Sales Traders 2007 Mid Year Ranking

- 59 sales traders have been ranked by 31 senior traders
- The evaluators were asked to rank each sales trader to reflect the general effectiveness of the sales trader
- Sales traders have been ranked 1-5 with 5 being the best evaluation score
- The evaluators were asked to follow the HR guideline of the following distribution............
  5 (20%)....4 (30%)....3 (30%)....2-1 (20%)
- Traders ranking range from 2.9 to 4.0 with the average rank among all 59 sales traders of 3.4
- 34 sales traders received rank 3.4 or higher, 25 sales traders received below 3.4
- 5 sales traders received rank 4.5 or higher, 5 sales traders received below 2.5
- The ranking exercise was confidential and only Östen Johansson has seen the individual rankings
- The 31 evaluators were asked to put N/A if they could not evaluate a person appropriately
- 51 sales traders were evaluated with scores by at least 25 evaluators. 5 sales traders were evaluated by 20-25 evaluators and 3 sales traders were evaluated by 16-18 colleagues



# Sales Traders 2007 Mid Year Ranking – Sales Traders By Avg. Ranking

| Sales Trader | Avg. Ranking | Number of Evaluators | Sales Trader | Avg. Ranking | Number of Evaluators |
|---|---|---|---|---|---|
| REDACTED | 4.7 | 31 | REDACTED | 3.4 | 21 |
|  | 4.6 | 31 |  | 3.4 | 31 |
|  | 4.5 | 31 |  | 3.3 | 21 |
|  | 4.5 | 31 |  | 3.3 | 31 |
|  | 4.5 | 31 |  | 3.3 | 31 |
|  | 4.4 | 31 |  | 3.3 | 31 |
|  | 4.3 | 31 |  | 3.3 | 21 |
|  | 4.3 | 30 |  | 3.3 | 31 |
|  | 4.2 | 31 |  | 3.2 | 21 |
|  | 4.2 | 31 |  | 3.2 | 29 |
|  | 4.1 | 31 |  | 3.1 | 31 |
|  | 4.1 | 31 |  | 3.1 | 26 |
|  | 4.0 | 31 |  | 3.0 | 24 |
|  | 4.0 | 31 |  | 3.0 | 30 |
|  | 4.0 | 31 |  | 3.0 | 31 |
|  | 3.9 | 31 |  | 3.0 | 31 |
|  | 3.8 | 31 |  | 3.0 | 31 |
|  | 3.8 | 31 |  | 3.0 | 21 |
|  | 3.8 | 18 |  | 2.9 | 31 |
|  | 3.7 | 31 |  | 2.9 | 31 |
|  | 3.6 | 30 |  | 2.7 | 30 |
|  | 3.6 | 31 |  | 2.7 | 31 |
|  | 3.6 | 30 |  | 2.7 | 18 |
|  | 3.6 | 31 |  | 2.7 | 31 |
|  | 3.5 | 30 |  | 2.5 | 30 |
|  | 3.5 | 31 |  | 2.4 | 30 |
|  | 3.5 | 31 |  | 2.2 | 31 |
|  | 3.5 | 30 |  | 2.2 | 16 |
|  | 3.4 | 31 |  | 2.1 | 28 |
|  | 3.4 | 31 | Jaqueline Britt | 2.1 | 31 |

2

# Sales Traders 2007 Mid Year Ranking – Alphabetic Order

| Sales Trader | Avg. Ranking | Number of Evaluators |
|---|---|---|
| REDACTED | 3.6 | 31 |
| | 4.5 | 31 |
| | 3.8 | 31 |
| | 3.4 | 31 |
| | 2.5 | 30 |
| | 2.4 | 31 |
| | 4.0 | 31 |
| Jacqueline Britt | 2.1 | 31 |
| | 4.3 | 30 |
| | 4.4 | 31 |
| | 3.0 | 31 |
| | 3.1 | 26 |
| | 4.7 | 31 |
| | 3.2 | 29 |
| | 4.1 | 31 |
| | 4.2 | 31 |
| | 3.5 | 18 |
| | 2.7 | 31 |
| | 4.3 | 31 |
| | 3.8 | 31 |
| | 3.3 | 21 |
| | 2.7 | 30 |
| | 3.0 | 24 |
| | 3.5 | 30 |
| | 2.7 | 31 |
| | 4.5 | 31 |
| | 3.4 | 31 |
| | 4.6 | 31 |
| | 3.5 | 31 |
| | 3.1 | 31 |

| Sales Trader | Avg. Ranking | Number of Evaluators |
|---|---|---|
| REDACTED | 3.3 | 31 |
| | 3.3 | 31 |
| | 4.1 | 31 |
| | 3.0 | 31 |
| | 2.9 | 31 |
| | 4.2 | 31 |
| | 2.7 | 30 |
| | 3.0 | 21 |
| | 3.2 | 31 |
| | 3.4 | 21 |
| | 4.0 | 31 |
| | 3.9 | 31 |
| | 4.0 | 31 |
| | 3.3 | 31 |
| | 3.6 | 30 |
| | 2.9 | 31 |
| | 2.7 | 31 |
| | 3.4 | 31 |
| | 2.2 | 28 |
| | 3.8 | 31 |
| | 2.2 | 16 |
| | 4.5 | 31 |
| | 3.3 | 31 |
| | 2.1 | 21 |
| | 3.5 | 31 |
| | 3.0 | 30 |
| | 3.7 | 18 |
| | 3.0 | 30 |
| | 3.0 | 31 |
| | 3.6 | 31 |

# Sales Traders 2007 Mid Year Ranking –
## All 59 Evaluated Sales Traders - By Rank

| Rank | Trader | Score |
|---|---|---|
| | Jaqueline Britt | 2.1 |
| | | 2.1 |
| | | 2.2 |
| | | 2.2 |
| | | 2.4 |
| | | 2.5 |
| | | 2.7 |
| | | 2.7 |
| | | 2.7 |
| | | 2.7 |
| | | 2.7 |
| | | 2.9 |
| | | 2.9 |
| | | 3.0 |
| | | 3.0 |
| | | 3.0 |
| | | 3.0 |
| | | 3.0 |
| | | 3.0 |
| | | 3.1 |
| | | 3.1 |
| | | 3.2 |
| | | 3.2 |
| | | 3.3 |
| | | 3.3 |
| | | 3.3 |
| | | 3.3 |
| | | 3.3 |
| | | 3.4 |
| | | 3.4 |
| | | 3.4 |
| | | 3.5 |
| | | 3.5 |
| | | 3.5 |
| | | 3.5 |
| | | 3.5 |
| | | 3.6 |
| | | 3.6 |
| | | 3.6 |
| | | 3.7 |
| | | 3.8 |
| | | 3.8 |
| | | 3.8 |
| | | 3.9 |
| | | 4.0 |
| | | 4.0 |
| | | 4.0 |
| | | 4.1 |
| | | 4.2 |
| | | 4.2 |
| | | 4.3 |
| | | 4.3 |
| | | 4.4 |
| | | 4.5 |
| | | 4.5 |
| | | 4.5 |
| | | 4.6 |
| | | 4.7 |

REDACTED

4



Sales Traders 2007 Mid Year Ranking – All 59 Evaluated Sales Traders – Alphabetic Order




Sales Traders 2007 Mid Year Ranking – Rank 3.4 or higher

Values: 4.7, 4.6, 4.5, 4.5, 4.5, 4.4, 4.3, 4.3, 4.2, 4.2, 4.2, 4.1, 4.1, 4.1, 4.0, 4.0, 4.0, 3.9, 3.8, 3.8, 3.8, 3.8, 3.7, 3.6, 3.6, 3.6, 3.5, 3.5, 3.5, 3.5, 3.5, 3.4, 3.4, 3.4



Sales Traders 2007 Mid Year Ranking – Below Rank 3.4

(Jaqueline Britt; REDACTED)



# Sales Traders 2007 Mid Year Ranking – List of Evaluators

Average rank: 3.4

| Trader/Evaluator | Avg. Score Given |
|---|---|
| Bacigalupo, Scott | 3.0 |
| Barreto, Joe | 3.3 |
| Bertsch, Will | 3.4 |
| Bodner, James | 3.5 |
| Bolster, Barry | 3.7 |
| Bonner, Bradford | 3.3 |
| Bradley, Edgar | 3.3 |
| Campbell, Jeff | 3.6 |
| Cedrone, Greg | 3.5 |
| Crofton, Douglas | 3.8 |
| Devine, Dennis | 3.3 |
| Dillon, Sean | 3.4 |
| Donovan, Joseph | 2.9 |
| Drummey, Michael | 3.6 |
| Dunn, Christopher | 3.6 |
| Jake Dwyer | 3.5 |
| Farrell, James | 3.7 |
| Hess, Jon | 3.2 |
| Huff, Jesse | 4.0 |
| Lamb, Kevin | 3.5 |
| Laino, Frank | 3.2 |
| Livadiotis, Maria | 3.5 |
| Moglia, Kevin | 3.6 |
| Mulholland, Henry | 3.3 |
| Mulligan, Glen | 3.2 |
| Nevitt, Michael | 3.3 |
| Panichi, John | 3.4 |
| Purcell, Phil | 3.4 |
| Roszko, Tom | 3.5 |
| Wright, Rob | 3.6 |
| Wolfe, Whitney | 3.5 |